## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: **13-02924-jw**

### ORDER ON MOTION TO REOPEN CASE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**04/26/2020**



*signature*

US Bankruptcy Judge
District of South Carolina

Entered: 04/27/2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 13 |
|---|---|
| Thomas Levi Boyd | CASE NO: 13-02924-JW |
| Debtor(s). | ORDER GRANTING MOTION TO REOPEN CASE |

Before the Court is the motion of debtor(s), filed on March 5, 2020, to reopen this closed case pursuant to 11 U.S.C. § 350(b).

After careful consideration of the motion and no objections having been filed, the motion is granted.

IT IS, THEREFORE, ORDERED that:

1. This case is reopened;

2. The action proposed in the motion be initiated within fourteen (14) days of the entry of this Order;

3. Upon the completion of the proposed action or upon the failure of the movant to initiate timely the proposed action, the clerk's office shall close this case without further order;

4. The appointment of a trustee by the United States trustee is not necessary to protect the interests of creditors and the debtor(s) or to ensure the efficient administration of the case (See Federal Rule of Bankruptcy Procedure 5010);

5. If a meeting of creditors is necessary, the United States trustee's office will schedule and the clerk's office will give notice thereof to each party in interest;

6. The debtor(s) or the debtor's(s') attorney shall review and make any necessary updates to the lists required under Federal Rule of Bankruptcy Procedure 1007(a) within five (5) days after the entry of this Order.

7. If, according to the chapter 13 trustee's record a payment under the chapter 13 plan is currently due, the debtor(s) shall make such payment to the trustee by cashier's check or certified funds within five (5) business days after the entry of this Order. If such payment is not made timely, the case may be dismissed without further notice or hearing.

AND IT IS SO ORDERED