## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br>Thomas Levi Boyd, SSN# (xxx-xx-8149)<br><br><br><br>385 Morrisville Road<br>Andrews, SC 29510<br><br>Debtor(s) | CASE NO: <u>13-02924</u> |

### CERTIFICATE OF SERVICE

I, Roger K. Pruitt, hereby certify that a copy of the *Order Granting Motion to Reopen Case* was served, on April 29, 2020, upon the Trustee and the Creditors listed below by placing the same in the United States Mail with sufficient postage attached thereto at the addresses listed.

This 29th day of April, 2020

By: /s/ Roger K. Pruitt
Roger K. Pruitt
Moss and Associates, Attorneys P.A.
816 Elmwood Avenue
Columbia, South Carolina 29201

Pamela Simmons-Beasley, via (CM/ECF)
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

Region 4 US Trustee CM/ECF
1201 Main Street, Suite 2440
Columbia, SC 29201

JOYE LAW FIRM
Mark J Bringardner
5681 Rivers Avenue
North Charleston, SC 29406

PIERCE SLOAN WILSON KENNEDY
& EARLY, LLC
Carl E Pierce, II
Carson R Parker
PO Box 22437
Charleston, SC 29401
Attorneys for Defendant Roy Laverne Bolyn

GALLIVAN, WHITE & BOYD, P.A.
John A Jones
Paige C Ornduff
PO Box 22768
Charleston, SC 29413

SMITH ROBINSON HOLLER DUBOSE
& MORGAN, LLC
G. Murrell Smith, Jr.
126 N Main Street
Sumter, SC 29151

SEE ATTACHED LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 13-02924-jw<br>District of South Carolina<br>Charleston<br>Wed Apr 29 11:40:43 EDT 2020 | AMERICA'S SERVICING CO.<br>PO BOX 10388<br>Des Moines IA 50306-0388 | ATTORNEY GENERAL OF UNITED STATES<br>950 PENNSYLVANIA AVENUE, NW<br>Washington DC 20530-0009 |
| (p)AUTOMONEY INC<br>ATTN ABIGAIL SCUDDER DUFFY<br>450 MEETING ST<br>CHARLESTON SC 29403-5522 | Americas Servicing Company<br>Attention: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | BRIAN LAWRENCE CAMPBELL<br>5431 OLEANDER DRIVE<br>Wilmington NC 28403-5847 |
| BROCK AND SCOTT<br>3800 FERNANDINA RD<br>SUITE 110<br>Columbia SC 29210-3838 | Heather S Bailey<br>Bailey Law Offices, LLC<br>PO Box 60821<br>North Charleston, SC 29419-0821 | Thomas Levi Boyd<br>385 Morrisville Road<br>Andrews, SC 29510-5170 |
| CAPITAL ONE BANK<br>PO BOX 12914<br>Norfolk VA 23541-0914 | (p)CASHCALL INC<br>1 CITY BOULEVARD WEST<br>SUITE 1000<br>ORANGE CA 92868-3611 | CASH YES<br>2390 NORTH FOREST RD. SUITE 4<br>Getzville NY 14068-1294 |
| CREDIT CENTRAL<br>1027 CHURCH ST<br>Georgetown SC 29440-3576 | Capital Asset Recovery<br>P. O. Box 192585<br>Dallas, TX 75219-8523 | DOCTORS CARE<br>PO BOX 212489<br>Augusta GA 30917-2489 |
| EXPRESS CHECK ADVANCE<br>2417 HIGHMARKET ST.<br>Georgetown SC 29440-2907 | FARMER TELEPHONE COOPERATIVE INC<br>PO BOX 572884<br>Houston TX 77257-2884 | FIRST CITIZENS BANK<br>PO BOX 038997<br>Tuscaloosa AL 35403-8997 |
| GALLIVAN, WHITE & BOYD, P.A.<br>John A Jones<br>PO Box 22768<br>Charleston, SC 29413-2768 | GALLIVAN, WHITE & BOYD, P.A.<br>Paige C Ornduff<br>PO Box 22768<br>Charleston, SC 29413-2768 | GEORGETOWN KRAFT CREDIT UNION<br>1530 BOURNE STREET<br>Georgetown SC 29440-4775 |
| Joy S. Goodwin<br>1813 Laurel Street<br>Columbia, SC 29201-2626 | HSBC Bank USA, National Association<br>as Trustee in trust for Citigroup<br>Mortgage Loan Trust Inc., Asset Backed<br>Pass Through CertificatesSeries 2003-HE4<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | JEFFREY L MAYERS<br>108 EMORY LANE<br>Columbia SC 29212-2115 | JOYE LAW FIRM<br>Mark J Bringardner<br>5681 Rivers Avenue<br>North Charleston, SC 29406 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LABCORP<br>PO BOX 55126<br>Boston MA 02205-5126 | LABORATORY CORPORATION AMERICA<br>POB 2240<br>Burlington NC 27216-2240 |

| | | |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>Los Angeles CA 90060-0578 | MOSS & ASSOCIATES<br>2170 ASHLEY PHOSPHATE ROAD<br>FIRST CITIZENS BUILDING, SUITE 405<br>Charleston SC 29406-4178 | MOTOR MAX FINANCIAL SERVICE CORP.<br>PO BOX 468<br>Columbus GA 31902-0468 |
| Travis E. Menk<br>Brock & Scott, PLLC<br>8757 Red Oak Blvd.<br>Suite 150<br>Charlotte, NC 28217-3977 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 | NATIONAL FINANCE CO<br>1310 N LONG STREET<br>Kingstree SC 29556-2740 |
| NORTHBROOK INDEMNITY COMPANY<br>PO BOX 55126<br>Boston MA 02205-5126 | PIERCE SLOAN WILSON KENNEDY<br>& EARLY, LLC<br>Carl E Pierce, II<br>PO Box 22437<br>Charleston, SC 29413-2437 | PIERCE SLOAN WILSON KENNEDY<br>& EARLY, LLC<br>Carson R Parker<br>PO Box 22437<br>Charleston, SC 29413-2437 |
| PROFESSIONAL AUTO RECOVERY<br>3601 E PALMETTO STREET<br>Florence SC 29506-4018 | PROFESSIONAL FINANCE<br>3601 E PALMETTO ST.<br>Florence SC 29506-4018 | SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 |
| SHIRLEY PARKER<br>385 Morrisville Road<br>Andrews SC 29510-5170 | SMITH ROBINSON HOLLER DUBOSE<br>& MORGAN, LLC<br>G. Murrell Smith, Jr.<br>126 N Main Street<br>Sumter, SC 29150-4948 | Pamela Simmons-Beasley<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | US ATTORNEY GENERAL<br>ATTN DOUG BARNETT<br>1441 MAIN ST<br>SUITE 500<br>Columbia SC 29201-2862 | US MONEY SHOPS<br>1255 NORTH FRASER STREET<br>Georgetown SC 29440-2853 |
| WESTERN SHAMROCK<br>801 S ABE ST<br>SAN ANGELO, TX 76903-6735 | WILLIAMSBURG COUNTY CLERK OF COURT<br>125 WEST MAIN STREET<br>Kingstree SC 29556-3343 | WILLIAMSBURG COUNTY TREASURER<br>125 WEST MAIN STREET<br>Kingstree SC 29556-3343 |
| WORLD FINANCE CO.<br>1105 FRONT STREET<br>Andrews SC 29510 | Wells Fargo Bank, N.A./Wells Fargo Home Mort<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AUTO MONEY<br>540 SOUTH FRAZIER STREET<br>Georgetown SC 29440 | (d)AUTOMONEY, INC. OF GEORGETOWN<br>AUTOMONEY, INC. (CORPORATE OFFICE)<br>450 MEETING STREET<br>CHARLESTON SC 29403 | CASH CALL<br>1600 S DOUGLASS RD<br>Anaheim CA 92806 |

```
IRS                                     Jefferson Capital Systems LLC
1835 ASSEMBLY STREET                    PO BOX 7999
MDP 39                                  SAINT CLOUD MN 56302-9617
Columbia SC 29201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)America's Servicing Company          (u)HSBC Bank USA, National Association as Tru    (u)Jefferson Capital Systems, LLC


(d)Pamela Simmons-Beasley               (u)Wells Fargo Bank, N.A. as servicing agent     End of Label Matrix
250 Berryhill Road                                                                       Mailable recipients    52
Suite 402                                                                                Bypassed recipients     5
Columbia, SC 29210-6466                                                                  Total                  57
```