# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
Thomas Levi Boyd,                         )        CASE NO:  13-02924
SSN# (xxx-xx-8149)                        )        CHAPTER:  13
                                          )
                                          )        STATEMENT OF CHANGE
                                          )
                                          )
                                          )
385 Morrisville Road                      )
Andrews, SC 29510                         )
                                          )
                                          )
_____ DEBTOR(S). )

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Debtors Schedule A/B, C and Statement of Financial Affairs with Form 106 as follows:

1)  Amended Schedule A/B, 3:          Amended schedule to add Debtors interest in vehicles owned during case.

2)  Amended Schedule A/B, 33:         Amended schedule to add Debtors interest in Personal Injury Lawsuit.

2)  Amended Schedule C:               Amended schedule to add exemption in Debtors interest in Personal Injury Lawsuit.

4)  Amended Statement of Financial Affairs, 9:  Amended Statement to reflect filing of lawsuit between Thomas Boyd v Thompson Construction Group, Inc. Defendant, et al.

DATE    5/4/20                        /s/ Jason T Moss
                                      Signature of Attorney

                                      Jason T Moss, Esq.
                                      Moss & Associates Attorneys, P.A.
                                      816 Elmwood Avenue
                                      Columbia, South Carolina 29201
                                      (803) 933-0202

                                      7240
                                      District Court I.D. Number

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Thomas Levi Boyd** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **13-02924** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

_____
Street address, if available, or other description

_____

_____
City         State      ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS RESIDENCE-385 MORRISVILLE ROAD, ANDREWS, SC 29510, WILLIAMSBURG COUNTY, (3) BEDROOM HOUSE, TMS #(54-418-094), COUNTY TAX APPRAISAL VALUE ($92,942), SEE ATTACHED TAX APPRAISAL**

**DEBTORS ESTIMATES VALUE AT ($100,000).**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**

| |
|---|
| **$100,000.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Thomas Levi Boyd**                                             Case number *(if known)*   **13-02924**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **CHEVROLET** |
|---|---|---|
| | Model: | **1500 PICKUP** |
| | Year: | **1993** |
| | Approximate mileage: | **215,000** |
| | Other information: | |

**1993 CHEVROLET 1500 PICKUP: VIN(1GCDC1421P2151796), (2) DOOR, (6) CYLINDER, (215,000) MILES, VEHICLE IS CURRENTLY NOT RUNNING, KELLEY BLUE BOOK VALUE ($1,185.00)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,185.00**

Current value of the portion you own?   **$1,185.00**

---

| 3.2 | Make: | **HONDA** |
|---|---|---|
| | Model: | **CIVIC** |
| | Year: | **2002** |
| | Approximate mileage: | **170,000** |
| | Other information: | |

**2002 HONDA CIVIC: VIN(1HGEM2Z982L078952), (2) DOOR, (4) CYLINDER, (170,000) MILES, KELLEY BLUE BOOK VALUE ($2,114)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$2,144.00**

Current value of the portion you own?   **$2,144.00**

---

| 3.3 | Make: | **FORD** |
|---|---|---|
| | Model: | **RANGER** |
| | Year: | **1997** |
| | Approximate mileage: | **180,000** |
| | Other information: | |

**1997 FORD RANGER: VIN(1FTCR14XOVPA85548), (2) DOOR, (6) CYLINDER, (180,000) MILES, KELLEY BLUE BOOK ($1,009)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,009.00**

Current value of the portion you own?   **$1,009.00**

---

| 3.4 | Make: | **FORD** |
|---|---|---|
| | Model: | **MUSTANG** |
| | Year: | **2001** |
| | Approximate mileage: | **80,000** |
| | Other information: | |

**2001 FORD MUSTANG: VIN(1FAFP45X41F120522), (2) DOOR, (8) CYLINDER, (80,000) MILES, KELLEY BLUE BOOK ($4,076)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$4,076.00**

Current value of the portion you own?   **$4,076.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Thomas Levi Boyd**                                                      Case number *(if known)*    **13-02924**

| 3.5 | Make: | **JEEP** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **CHEROKEE** | ■ Debtor 1 only | | |
| | Year: | **2000** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **225,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

**2000 JEEP CHEROKEE: VIN(1J4G248S2YC228334), (4) DOOR, (6) CYLINDER, (225,000) MILES, NADA BOOK VALUE ($1,700)**

☐ Check if this is community property (see instructions)

**$1,700.00**        **$1,700.00**

| 3.6 | Make: | **FORD** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **EXPLORER** | ■ Debtor 1 only | | |
| | Year: | **1998** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **85,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

**1998 FORD EXPLORER: VIN(1FM2U34E4WZCO2259), (4) DOOR, (6) CYLINDER, (85,000) MILES, VEHICLE CURRENTLY DOES NOT RUN, KELLEY BLUE BOOK VALUE ($1,559)**

☐ Check if this is community property (see instructions)

**$1,559.00**        **$1,559.00**

| 3.7 | Make: | **BUICK** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **CENTURY** | ■ Debtor 1 only | | |
| | Year: | **1998** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **120,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

**1998 BUICK CENTURY: VIN# (2G4WS5LM5W1478294), (4) DOOR, (6) CLINDER, (120,000) MILES, KELLEY BLUE BOOK VALUE ($1,154)**

☐ Check if this is community property (see instructions)

**$1,154.00**        **$1,154.00**

| 3.8 | Make: | **MERCURY** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **TOPAZ** | ■ Debtor 1 only | | |
| | Year: | **1988** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

**1988 MERCURY TOPAZ: VIN# (2MEPM36X5JB650529), (4) DOOR, (6) CYLINDER, NADA VALUE ($875)**

☐ Check if this is community property (see instructions)

**$5,075.00**        **$5,075.00**

| 3.9 | Make: | **CHEVROLET** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **LUMINA LS** | ■ Debtor 1 only | | |
| | Year: | **1997** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

**1997 CHEVROLET LUMINA LS: VIN# (2G1WL52M0V9198907), (4) DOOR, (6) CYLINDER, NADA VALUE ($1,425)**

☐ Check if this is community property (see instructions)

**$1,425.00**        **$1,425.00**

Debtor 1    **Thomas Levi Boyd**    Case number *(if known)*    **13-02924**

| | | | | |
|---|---|---|---|---|
| **3.10** | Make: **HONDA** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **ACCORD** | ■ Debtor 1 only | | |
| | Year: **2007** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | 2007 HONDA ACCORD: VIN# (1HGCM56467A015620), (4) DOOR, (4) CYLINDER, NADA VALUE ($1,875) | ☐ Check if this is community property (see instructions) | $1,875.00 | $1,875.00 |

| | | | | |
|---|---|---|---|---|
| **3.11** | Make: **FORD** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **TAURUS LX** | ■ Debtor 1 only | | |
| | Year: **1998** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | 1998 FORD TAURUS LX: VIN# (1FAFP52U5WA111686), (4) DOOR, (6) CYLINDER, NADA VALUE ($1,225) | ☐ Check if this is community property (see instructions) | $1,225.00 | $1,225.00 |

| | | | | |
|---|---|---|---|---|
| **3.12** | Make: **VOLKSWAGEN** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **JETTA GLS** | ■ Debtor 1 only | | |
| | Year: **2003** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | 2003 VOLKSWAGEN JETTA GLS: VIN# (3VWSK69M53M029035), (4) DOOR, (4) CYLINDER, NADA VALUE ($425) | ☐ Check if this is community property (see instructions) | $425.00 | $425.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    | $22,852.00 |

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| HOUSEHOLD GOODS AND OTHER APPLIANCES: COUCH, LOVESEAT, (2) CHAIRS, KITCHEN TABLE, (3) TVS, DVD PLAYER, (2) BEDS, (2) DRESSERS, WASHER/DRYER, (2) BOOK CASES, DESK, HUTCH, AND SMALL KITCHEN APPLIANCES. | $1,450.00 |

Debtor 1    **Thomas Levi Boyd**    Case number *(if known)*    13-02924

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| BOOKS | $100.00 |
|-------|---------|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| CLOTHING | $250.00 |
|----------|---------|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| JEWELRY | $25.00 |
|---------|--------|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ............................................................................

| | $1,825.00 |
|---|---|

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Thomas Levi Boyd**                                    Case number (if known)   **13-02924**

■ Yes....................................................................................................................

|  | CASH ON HAND | $12.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                          Institution name:

| 17.1. | **SUNTRUST: CHECKING ACCOUNT# (9499)** | $600.00 |
|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                        Name of entity:                           % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                        Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                  Type of account:          Institution name:

|  | **401 (K) RETIREMENT PROGRAM: ERISA QUALIFIED 401(K) RETIREMENT PROGRAM, MERCER, PO BOX 9754 PROVIDENCE, RI 02940, AMOUNT CURRENTLY INVESTED ($3,000), PROGRAM CANNOT BE ENTERED INTO WITHOUT SUBSTANTIAL PENALTY UNTIL RETIREMENT AGE IS REACHED, CASH SURRENDER VALUE OF PROGRAM ($0)** | $3,000.00 |
|---|---|---|
|  | **RETIREMENT PLAN: MERCER, PO BOX 9754 PROVIDENCE, RI, 02940, AMOUNT CURRENTLY INVESTED ($3,100.00)** | $3,100.00 |
|  | **RETIREMENT PROGRAM: DEBTOR HAS AN INTEREST IN RETIREMENT PROGRAM WITH NO LIQUADATABLE VALUE.  PROGRAM CANNOT BE ENTERED INTO UNTIL RETIREMENT AGE OF 65 YEARS OLD IS REACHED, PRESENT VALUE TO DEBTOR ($0.00)** | $0.00 |

Debtor 1    **Thomas Levi Boyd**                                                     Case number *(if known)*   13-02924

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................                                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), **and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                 **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| TAX REFUND: REFUND FOR TAX YEAR 2012 ($171) | $171.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.
Company name:                                    Beneficiary:                          Surrender or refund value:

**STATE FARM LIFE INSURANCE:**
**WHOLE LIFE INSURANCE POLICY,**
**FACE VALUE OF POLICY ($10,000),**
**CASH SURRENDER OF**
**POLICY($200.00)**                                        **$200.00**

**BOSCH GROUP LIFE INSURANCE:**
**GROUP TERM LIFE INSURANCE**
**POLICY, FACE VALUE OF POLICY**
**($70,000), CASH SURRENDER OF**
**POLICY ($0.00)**                                           **$0.00**

**32. Any interest in property that is due you from someone who has died**
      If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
      someone has died.
      ■ No
      ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
      *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
      ☐ No
      ■ Yes. Describe each claim.........

> **PERSONAL INJURY LAWSUIT: DEBTOR WAS INVOLVED IN**
> **AN AUTO ACCIDENT WHICH CAUSED SUBSTANTIAL**
> **INJURY. LAWSUIT IS AGAINST THOMPSON**
> **CONSTRUCTION GROUP, INC. AND ROY LAVERNE BOLYN.**
> **DEBTOR IS REPRESENTED BY MARK J BRINGARDNER**
> **WITH JOYE LAW FIRM, PO BOX 62888, NORTH**
> **CHARLESTON, SC 29419, PHONE NUMBER (843) 554-3100,**
> **FAX NUMBER (843) 529-9180. PRESENT VALUE OF**
> **PERSONAL INJURY LAWSUIT TO BE DETERMINED**          **$16,000,000.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
      ■ No
      ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
      ■ No
      ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
      for Part 4. Write that number here.............................................................................................      **$16,007,083.00**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
      ■ No. Go to Part 6.
      ☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
              If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
      ■ No. Go to Part 7.
      ☐ Yes. Go to line 47.

Debtor 1    **Thomas Levi Boyd**                                        Case number *(if known)*    **13-02924**

| **Part 7:** | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| **2006 HUSQVARNA MOWER: MODEL (PZ7234) ZERO TURN MOWER. SERIAL # (050443838). DEBTOR'S OPINION OF MARKET VALUE ($7,000.00) MARKET VALUE DETERMINED THROUGH RESEARCH OF SALES ON SAME MODEL IN CURRENT RETAIL MARKET.** | $7,000.00 |
| **MISCELLANEOUS HOUSEHOLD GOODS: WEED EATER, TRIMMER, CHAIN SAW** | $250.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    $7,250.00

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................................    $100,000.00
56. **Part 2: Total vehicles, line 5**                                        $22,852.00
57. **Part 3: Total personal and household items, line 15**                    $1,825.00
58. **Part 4: Total financial assets, line 36**                              $16,007,083.00
59. **Part 5: Total business-related property, line 45**                          $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**                 $0.00
61. **Part 7: Total other property not listed, line 54**            +          $7,250.00

62. **Total personal property. Add lines 56 through 61...**        $16,039,010.00    Copy personal property total    $16,039,010.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                     $16,139,010.00

Fill in this information to identify your case:

| Debtor 1 | **Thomas Levi Boyd** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **13-02924**
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| DEBTORS RESIDENCE-385 MORRISVILLE ROAD, ANDREWS, SC 29510, WILLIAMSBURG COUNTY, (3) BEDROOM HOUSE, TMS #(54-418-094), COUNTY TAX APPRAISAL VALUE ($92,942), SEE ATTACHED TAX APPRAISAL<br><br>DEBTORS ESTIMATES VALUE AT ($100,000).<br>Line from *Schedule A/B*: **1.1** | $100,000.00 | ☑ | $50,525.00 | S.C. Code Ann. § 15-41-30(A)(1) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 2001 FORD MUSTANG: VIN(1FAFP45X41F120522), (2) DOOR, (8) CYLINDER, (80,000) MILES, KELLEY BLUE BOOK ($4,076)<br>Line from *Schedule A/B*: **3.4** | $4,076.00 | ☑ | $5,625.00 | S.C. Code Ann. § 15-41-30(A)(2) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 1998 BUICK CENTURY: VIN# (2G4WS5LM5W1478294), (4) DOOR, (6) CLINDER, (120,000) MILES, KELLEY BLUE BOOK VALUE ($1,154)<br>Line from *Schedule A/B*: **3.7** | $1,154.00 | ☑ | $1,154.00 | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Thomas Levi Boyd**

Case number (if known)   **13-02924**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS AND OTHER APPLIANCES: COUCH, LOVESEAT, (2) CHAIRS, KITCHEN TABLE, (3) TVS, DVD PLAYER, (2) BEDS, (2) DRESSERS, WASHER/DRYER, (2) BOOK CASES, DESK, HUTCH, AND SMALL KITCHEN APPLIANCES.**<br>Line from Schedule A/B: **6.1** | $1,450.00 | ■ $1,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **BOOKS**<br>Line from Schedule A/B: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **CLOTHING**<br>Line from Schedule A/B: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **JEWELRY**<br>Line from Schedule A/B: **12.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **CASH ON HAND**<br>Line from Schedule A/B: **16.1** | $12.00 | ■ $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |
| **SUNTRUST: CHECKING ACCOUNT# (9499)**<br>Line from Schedule A/B: **17.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |
| **401 (K) RETIREMENT PROGRAM: ERISA QUALIFIED 401(K) RETIREMENT PROGRAM, MERCER, PO BOX 9754 PROVIDENCE, RI 02940, AMOUNT CURRENTLY INVESTED ($3,000), PROGRAM CANNOT BE ENTERED INTO WITHOUT SUBSTANTIAL PENALTY UNTIL RETIREMENT AGE IS REACHED, CASH SURRENDER**<br>Line from Schedule A/B: **21.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |
| **RETIREMENT PLAN: MERCER, PO BOX 9754 PROVIDENCE, RI, 02940, AMOUNT CURRENTLY INVESTED ($3,100.00)**<br>Line from Schedule A/B: **21.2** | $3,100.00 | ■ $3,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Thomas Levi Boyd** | | | Case number (if known) | **13-02924** |
|---|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B that lists this property* | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **RETIREMENT PROGRAM: DEBTOR HAS AN INTEREST IN RETIREMENT PROGRAM WITH NO LIQUADATABLE VALUE. PROGRAM CANNOT BE ENTERED INTO UNTIL RETIREMENT AGE OF 65 YEARS OLD IS REACHED, PRESENT VALUE TO DEBTOR ($0.00)**<br>Line from *Schedule A/B*: **21.3** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |
| **TAX REFUND: REFUND FOR TAX YEAR 2012 ($171)**<br>Line from *Schedule A/B*: **28.1** | $171.00 | ■ | $171.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |
| **STATE FARM LIFE INSURANCE: WHOLE LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($10,000), CASH SURRENDER OF POLICY($200.00)**<br>Line from *Schedule A/B*: **31.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(8) |
| **BOSCH GROUP LIFE INSURANCE: GROUP TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($70,000), CASH SURRENDER OF POLICY ($0.00)**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 38-63-40(C) |
| **PERSONAL INJURY LAWSUIT: DEBTOR WAS INVOLVED IN AN AUTO ACCIDENT WHICH CAUSED SUBSTANTIAL INJURY. LAWSUIT IS AGAINST THOMPSON CONSTRUCTION GROUP, INC. AND ROY LAVERNE BOLYN. DEBTOR IS REPRESENTED BY MARK J BRINGARDNER WITH JOYE LAW FIRM, PO BOX 62888, NO**<br>Line from *Schedule A/B*: **33.1** | $16,000,000.00 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(12)(b) |
| **2006 HUSQVARNA MOWER: MODEL (PZ7234) ZERO TURN MOWER. SERIAL # (050443838). DEBTOR'S OPINION OF MARKET VALUE ($7,000.00) MARKET VALUE DETERMINED THROUGH RESEARCH OF SALES ON SAME MODEL IN CURRENT RETAIL MARKET.**<br>Line from *Schedule A/B*: **53.1** | $7,000.00 | ■ | $2,534.54<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |
| **MISCELLANEOUS HOUSEHOLD GOODS: WEED EATER, TRIMMER, CHAIN SAW**<br>Line from *Schedule A/B*: **53.2** | $250.00 | ■ | $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) Unused Homestead Exemption |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Thomas Levi Boyd**                                    Case number (if known)    **13-02924**

3.  **Are you claiming a homestead exemption of more than $170,350?**
    **(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)**

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Levi Boyd** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **13-02924** |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ☐ Married
   ■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 Sources of Income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of Income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **YEAR TO DATE: BOSCH** | ☐ Wages, commissions, bonuses, tips | $24,856.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Thomas Levi Boyd**                                                    Case number (*if known*)    **13-02924**

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **2012: BOSCH/BOYD AUTOMOTIVE (GROSS $1,210 - EXPENSES $ 13,043 = NET -$11,833)** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$42,056.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **2011: BOSCH/BOYD AUTOMOTIVE (GROSS $1,576 - EXPENSES $5,792 = NET -$4,216)** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$47,132.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **2011** | **401K LOAN(USED FOR HOUSEHOLD BILLS AND MECHANICAL WORK ON VEHICLE)** | **$1,051.00** | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.
■    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Thomas Levi Boyd**                                    Case number *(if known)*   **13-02924**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **AMERICA'S SERVICING CO.** PO BOX 10388 Des Moines, IA 50306 | **APRIL 2013** | **$1,019.39** | **$83,148.04** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■  No
    ☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ■  Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **THOMAS BOYD V THOMPSON CONSTRUCTION GROUP, INC. DEFENDANT, ET AL** 2018CP4500288 | **CIVIL-PERSONAL INJURY** | **WILLIAMSBURG COUNTY 3RD JUDICIAL CIRCUIT 125 W MAIN STREET Kingstree, SC 29556** | ■ Pending ☐ On appeal ☐ Concluded |
| **AMERICAS HOME SERVICING (HSBC BANK) V THOMAS LEVI BOYD** 2012CP4500020 | **Foreclosure** | **STATE OF SOUTH CAROLINA, COUNTY OF WILLI** | ☐ Pending ☐ On appeal ☐ Concluded **Dismissed** |
| **JEFFERY L MAYERS VS THOMAS BOYD** 2011CP4500118 | **Civil** | **STATE OF SOUTH CAROLINA, COUNTY OF WILLI** | ☐ Pending ☐ On appeal ☐ Concluded **Judgment** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |

## Part 6:   List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

## Part 7:   List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Thomas Levi Boyd**    Case number (if known)    13-02924

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES**<br>**2170 ASHLEY PHOSPHATE ROAD**<br>**FIRST CITIZENS BUILDING, SUITE 405**<br>**Charleston, SC 29406** | **ATTORNEY FEES: $700.00**<br>**FILING FEE: $281.00** | 5/2013 | $700.00 |
| **ABACUS CREDIT COUNSELING**<br>**1576 VENTURE BLVD.**<br>**SUITE 700**<br>**Encino, CA 91436** | CREDIT COUNSELING: $25.00 | 5/12/2013 | $25.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **TD BANK**<br>**852 ORLEANS ROAD**<br>**Charleston, SC 29412** | XXXX-294 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | ($0.00), APRIL 2012 | $0.00 |

Debtor 1    **Thomas Levi Boyd** _____ Case number (if known)    **13-02924**

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Levi Boyd** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **13-02924** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  */s/ Thomas Levi Boyd*                X _____
   **Thomas Levi Boyd**                    Signature of Debtor 2
   Signature of Debtor 1

   Date  **May  4, 2020**                  Date _____

Official Form 106Dec                   Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| **IN RE:**<br>Thomas Levi Boyd,<br>SSN# (xxx-xx-8149) | )<br>)<br>)<br>) | **CASE NO:** 13-02924<br>**CHAPTER:** 13 |
|  | )<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |
| 385 Morrisville Road<br>Andrews, SC 29510 | )<br>)<br>)<br>) |  |
| **DEBTORS.** | ) |  |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING AMENDED SCHEDULE A/B, C, AND STATEMENT OF FINANCIAL AFFAIRS WITH FORM 106 TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID AS WELL AS THE CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE AS LISTED BELOW.

PAMELA SIMMONS-BEASLEY
CHAPTER 13 TRUSTEE
250 BERRYHILL ROAD, SUITE 402
COLUMBIA, SC 29210
VIA ELECTRONIC NOTICE

U.S. TRUSTEE'S OFFICE
STROM THURMOND FEDERAL BUILDING
1835 ASSEMBLY STREET, SUITE 953
COLUMBIA, SOUTH CAROLINA 29201

DATE___5/4/2020_____            ___/s/ Roger K. Pruitt_____
                                 Roger K. Pruitt
                                 Moss and Associates Attorneys, P.A.
                                 816 Elmwood Avenue
                                 Columbia, South Carolina 29201

Label Matrix for local noticing
0420-2
Case 13-02924-jw
District of South Carolina
Charleston
Mon May  4 09:42:21 EDT 2020

AMERICA'S SERVICING CO
PO BOX 10388
Des Moines IA 50306-0388

ATTORNEY GENERAL OF UNITED STATES
950 PENNSYLVANIA AVENUE, NW
Washington DC 20530-0009

(p)AUTOMONEY INC
ATTN ABIGAIL SCUDDER DUFFY
450 MEETING ST
CHARLESTON SC 29403-5522

Americas Servicing Company
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

BRIAN LAWRENCE CAMPBELL
5431 OLEANDER DRIVE
Wilmington NC 28403-5847

BROCK AND SCOTT
3800 FERNANDINA RD
SUITE 110
Columbia SC 29210-3838

Heather S Bailey
Bailey Law Offices, LLC
PO Box 60821
North Charleston, SC 29419-0821

Thomas Levi Boyd
385 Morrisville Road
Andrews, SC 29510-5170

CAPITAL ONE BANK
PO BOX 12914
Norfolk VA 23541-0914

(p)CASHCALL INC
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

CASH YES
2390 NORTH FOREST RD. SUITE 4
Getzville NY 14068-1294

CREDIT CENTRAL
1027 CHURCH ST
Georgetown SC 29440-3576

Capital Asset Recovery
P. O. Box 192585
Dallas, TX 75219-8523

DOCTORS CARE
PO BOX 212489
Augusta GA 30917-2489

EXPRESS CHECK ADVANCE
2417 HIGHMARKET ST.
Georgetown SC 29440-2907

FARMER TELEPHONE COOPERATIVE INC
PO BOX 572884
Houston TX 77257-2884

FIRST CITIZENS BANK
PO BOX 038997
Tuscaloosa AL 35403-8997

GALLIVAN, WHITE & BOYD, P.A.
John A Jones
PO Box 22768
Charleston, SC 29413-2768

GALLIVAN, WHITE & BOYD, P.A.
Paige C Ornduff
PO Box 22768
Charleston, SC 29413-2768

GEORGETOWN KRAFT CREDIT UNION
1530 BOURNE STREET
Georgetown SC 29440-4775

Joy S. Goodwin
1813 Laurel Street
Columbia, SC 29201-2626

HSBC Bank USA, National Association
as Trustee in trust for Citigroup
Mortgage Loan Trust Inc., Asset Backed
Pass Through CertificatesSeries 2003-HE4
1000 Blue Gentian Road
Eagan MN 55121-7700

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
PO BOX 7346
Philadelphia PA 19101-7346

JEFFREY L MAYERS
108 EMORY LANE
Columbia SC 29212-2115

JOYE LAW FIRM
Mark J Bringardner
5681 Rivers Avenue
North Charleston, SC 29406

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jerome P Askins, III
PO Box 10
Hemingway, SC 29554-0010

John M Mahon, Jr.
1420 Wellington Drive
Columbia, SC 29204-2352

LABCORP
PO BOX 55126
Boston MA 02205-5126

LABORATORY CORPORATION AMERICA
POB 2240
Burlington NC 27216-2240

MIDLAND CREDIT MANAGEMENT
PO BOX 60578
Los Angeles CA 90060-0578


MOSS & ASSOCIATES
2170 ASHLEY PHOSPHATE ROAD
FIRST CITIZENS BUILDING, SUITE 405
Charleston SC 29406-4178

MOTOR MAX FINANCIAL SERVICE CORP.
PO BOX 468
Columbus GA 31902-0468

Travis E. Menk
Brock & Scott, PLLC
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217-3977


Jason T. Moss
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201-2027

NATIONAL FINANCE CO
1310 N LONG STREET
Kingstree SC 29556-2740

NORTHBROOK INDEMNITY COMPANY
PO BOX 55126
Boston MA 02205-5126


PIERCE SLOAN WILSON KENNEDY
& EARLY, LLC
Carl E Pierce, II
PO Box 22437
Charleston, SC 29413-2437

PIERCE SLOAN WILSON KENNEDY
& EARLY, LLC
Carson R Parker
PO Box 22437
Charleston, SC 29413-2437

PROFESSIONAL AUTO RECOVERY
3601 E PALMETTO STREET
Florence SC 29506-4018


PROFESSIONAL FINANCE
3601 E PALMETTO ST.
Florence SC 29506-4018

Ronnie Alan Sabb
Sabb Law Group, LLC
PO Box 88
Kingstree, SC 29556-0088

SC DEPT OF REVENUE
PO BOX 12265
Columbia SC 29211-2265


SHIRLEY PARKER
385 Morrisville Road
Andrews SC 29510-5170

SMITH ROBINSON HOLLER DUBOSE
& MORGAN, LLC
G. Murrell Smith, Jr.
126 N Main Street
Sumter, SC 29150-4948

Pamela Simmons-Beasley
250 Berryhill Road
Suite 402
Columbia, SC 29210-6466


US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

US ATTORNEY GENERAL
ATTN DOUG BARNETT
1441 MAIN ST
SUITE 500
Columbia SC 29201-2862

US MONEY SHOPS
1255 NORTH FRASER STREET
Georgetown SC 29440-2853


WESTERN SHAMROCK
801 S ABE ST
SAN ANGELO, TX 76903-6735

WILLIAMSBURG COUNTY CLERK OF COURT
125 WEST MAIN STREET
Kingstree SC 29556-3343

WILLIAMSBURG COUNTY THIRD JUDICIAL CIRCUIT
125 WEST MAIN STREET
KINGSTREE, SC 29556-3343


WILLIAMSBURG COUNTY TREASURER
125 WEST MAIN STREET
Kingstree SC 29556-3343

WORLD FINANCE CO.
1105 FRONT STREET
Andrews SC 29510

Wells Fargo Bank, N.A./Wells Fargo Home Mort
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AUTO MONEY
540 SOUTH FRAZIER STREET
Georgetown SC 29440

(d)AUTOMONEY, INC.
AUTOMONEY, INC. (CORPORATE OFFICE)
450 MEETING STREET
CHARLESTON SC 29403

CASH CALL
1600 S DOUGLASS RD
Anaheim CA 92806

IRS
1835 ASSEMBLY STREET
MDP 39
Columbia SC 29201

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)America's Servicing Company

(u)HSBC Bank USA, National Association as Tru

(u)Jefferson Capital Systems, LLC

(d)Pamela Simmons-Beasley
250 Berryhill Road
Suite 402
Columbia, SC 29210-6466

(u)Wells Fargo Bank, N.A. as servicing agent

End of Label Matrix
Mailable recipients    56
Bypassed recipients     5
Total                  61